```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  RACHEL W. HILL, Bar # 151522
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  FRANCISCO PERALTA-QUINTANA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:09-cr-00027 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v. ) | ORDER |
| ) | |
| FRANCISCO PERALTA-QUINTANA, ) | Date: May 26, 2009 |
| ) | Time: 9:00 A.M. |
| Defendant. ) | Dept : Hon. Anthony W. Ishii |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for May 4, 2009, **may be continued to May 26, 2009, at 9:00 A.M.**

This continuance is requested to allow additional time for preparation of a Presentence Investigation Report by the U. S. Probation Office, and time for the parties to review the report and utilize it to assist in negotiation of a plea offer prior to the hearing. The requested continuance will conserve time and resources for all parties and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

LAWRENCE G. BROWN
Acting United States Attorney

DATED: April 30, 2009 /s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: April 30, 2009 /s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
FRANCISCO PERALTA-QUINTANA

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: May 1, 2009** /s/ Anthony W. Ishii
CHIEF UNITED STATES DISTRICT JUDGE